# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

---

| | | |
|---|---|---|
| SUITE 5100<br>1000 LOUISIANA STREET<br>HOUSTON, TEXAS 77002-5096<br>(713) 651-9366 | SUITE 1400<br>1900 AVENUE OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310) 789-3100 | ONE MANHATTAN WEST<br>NEW YORK, NEW YORK 10001-8602<br>(212) 336-8330 |

JOHN SCHILTZ
DIRECT DIAL (206) 505-3845

E-MAIL JSCHILTZ@SUSMANGODFREY.COM

September 12, 2025

Jarrett B. Perlow
Clerk of Court
717 Madison Place, NW
Washington, DC 20439
(202) 275-8000

Re: *In re: Research Fdn. for the State University of New York*, No. 25-149 (Fed. Cir.)

Dear Mr. Perlow:

Petitioner The Research Foundation for The State University of New York ("SUNY RF") respectfully submits this Notice of Supplemental Authority under Fed. R. App. P. 28(j).

On September 12, 2025, the Northern District of New York entered a Text Order staying the depositions of Dr. Robert Brainard and SUNY RF until "the pending motions in the District of Delaware have been resolved." The Text Order is attached as **Exhibit 1**.

Because the District of Delaware has not stayed the case pending the resolution of the Rule 19(b) motions, SUNY RF continues to request that the writ of mandamus be granted for the reasons stated in its Petition and Reply.

September 12, 2025
Page 2

Sincerely,

John Schiltz
Counsel for Petitioner SUNY RF

Enclosures:

**Ex. 1**: Text Order re [33] Letter Motion