

1(202) 551-1990
naveenmodi@paulhastings.com

September 15, 2025

**VIA ECF**

Hon. Jarrett B. Perlow
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C.  20439

Re:   In re: *The Research Foundation for the State University of New York*, No. 25-149 (Fed. Cir.)

Dear Mr. Perlow:

Respondent Inpria Corp. ("Inpria") respectfully submits this Notice of Supplemental Authority under Rule 28(j) of the Federal Rules of Appellate Procedure.

The petition for a writ of mandamus filed by the Research Foundation for the State University of New York ("SUNY") in this case seeks relief related to litigation in the United States District Court for the District of Delaware between Inpria and Lam Research Corp. ("Lam").  On September 15, 2025, Inpria and Lam filed a stipulation under Rule 41(a)(1) of the Federal Rules of Civil Procedure dismissing the Delaware case without prejudice.  That stipulation (Dkt. 635) is attached as Exhibit 1.  Based on the stipulation, the court dismissed the case.  The Delaware court's order dismissing the case is attached as Exhibit 2.

In light of the stipulated dismissal of the Delaware case, SUNY's petition for a writ of mandamus seeking relief with respect to a motion that had been pending in that case is now moot.



Hon. Jarrett B. Perlow
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
September 15, 2025
Page 2

Respectfully submitted,

*/s/ Naveen Modi*

Naveen Modi

*Counsel for Respondent
Inpria Corp.*

cc: Counsel of Record (via ECF)

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INPRIA CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-1359-CJB |
| LAM RESEARCH CORP., | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated that the above-entitled action shall be dismissed without prejudice, each party to bear its own costs and attorneys' fees and expenses.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Adam W. Poff* | */s/ Rodger D. Smith* |
| Adam W. Poff (No. 3990) | Rodger D. Smith II (#3778) |
| Robert M. Vrana (No. 5666) | Cameron P. Clark (#6647) |
| Daniel G. Mackrides (No. 7230) | 1201 North Market Street |
| Rodney Square | P.O. Box 1347 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 571-6600 | rsmith@morrisnichols.com |
| apoff@ycst.com | cclark@morrisnichols.com |
| rvrana@ycst.com | |
| dmackrides@ycst.com | *Attorneys for Defendant Lam Research Corp.* |
| *Attorneys for Plaintiff Inpria Corporation* | |

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge

# Exhibit 2

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | [EXT] Activity in Case 1:22-cv-01359-CJB Inpria Corporation v. Lam Research Corp. SO ORDERED |
| **Date:** | Monday, September 15, 2025 1:11:10 PM |

--- External Email ---

Report Suspicious

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 9/15/2025 at 1:09 PM EDT and filed on 9/15/2025
**Case Name:**     Inpria Corporation v. Lam Research Corp.
**Case Number:**     1:22-cv-01359-CJB
**Filer:**
**WARNING: CASE CLOSED on 09/15/2025**
**Document Number:** No document attached

### Docket Text:
**SO ORDERED, D.I. [635] Stipulation of Dismissal Without Prejudice filed by Inpria Corporation. (CASE CLOSED) Ordered by Judge Christopher J. Burke on 09/15/2025. (sam)**


**1:22-cv-01359-CJB Notice has been electronically mailed to:**

Michael Louis Vild     mvild@crosslaw.com, cgreen@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon     csimon@crosslaw.com, cgreen@crosslaw.com, smacdonald@crosslaw.com

Rodger Dallery Smith, II     rdsefiling@mnat.com, mnat_IP_eFiling@morrisnichols.com, rsmith@mnat.com, rsmith@morrisnichols.com

Adam Wyatt Poff    apoff@ycst.com, corpcal@ycst.com, corporate@ycst.com

Brian E. Farnan    bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Charles H. Sanders    charles.sanders@lw.com, mark.richman@lw.com

Naveen Modi    naveenmodi@paulhastings.com, courtneyhsieh@paulhastings.com

Michael J. Farnan    mfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Young J. Park    youngpark@paulhastings.com, kristymedina@paulhastings.com

Robert M. Vrana    rvrana@ycst.com, corpcal@ycst.com, corporate@ycst.com

Matthew J. Moore    matthew.moore@lw.com, matthew-moore-8367@ecf.pacerpro.com

Phillip W. Citroen    phillipcitroen@paulhastings.com, hollypeslis@paulhastings.com

Isaac S. Ashkenazi    isaacashkenazi@paulhastings.com, jacquisellars@paulhastings.com

Joseph E. Palys    josephpalys@paulhastings.com

Chetan R. Bansal    chetanbansal@paulhastings.com

Cameron Paul Clark    cclark@mnat.com

Douglas W. Cheek    douglascheek@paulhastings.com

Brooke M. Wilner    brookewilner@paulhastings.com, PH-Lam-Inpria@paulhastings.com

Eric W. Dittmann    ericdittmann@paulhastings.com, kristymedina@paulhastings.com

Joshua M. Bennett    joshuabennett@paulhastings.com

Paul M. Anderson    paulanderson@paulhastings.com, melissafailla@paulhastings.com

Daniel G. Mackrides    dmackrides@ycst.com, corpcal@ycst.com, corporate@ycst.com

Madeleine Moss    madeleinemoss@paulhastings.com

Seal Ortega-Rodriguez    sealortegarodriguez@paulhastings.com

Richard Rothman    richardrothman@paulhastings.com

Sachiko Taniguchi    sachikotaniguchi@paulhastings.com

Joseph J. Rumpler, II    josephrumpler@paulhastings.com

Robert B. Dunteman    robert.dunteman@lw.com

Stephanie Adamakos　　stephanieadamakos@paulhastings.com

Cooper Lerner　　cooperlerner@paulhastings.com

Helen Gustafson　　helengustafson@paulhastings.com

**1:22-cv-01359-CJB Filer will deliver document by other means to:**