# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 1400 | ONE MANHATTAN WEST |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | NEW YORK, NEW YORK 10001-8602 |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | (212) 336-8330 |
| (713) 651-9366 | (310) 789-3100 | |

JOHN SCHILTZ
DIRECT DIAL (206) 505-3845

E-MAIL jschiltz@susmangodfrey.com

September 18, 2025

Jarrett B. Perlow
Clerk of Court
717 Madison Place, NW
Washington, DC 20439
(202) 275-8000

Re:  *In re: Research Fdn. for the State University of New York*, No. 25-149 (Fed. Cir.)

Dear Mr. Perlow:

Petitioner The Research Foundation for The State University of New York ("SUNY RF") thanks the Court for the opportunity to respond to Inpria's September 15, 2025 Notice.

Because SUNY RF's requested relief was an order to the district court to decide a pending motion in the underlying action, SUNY RF agrees that the action's dismissal without prejudice moots the petition.

Sincerely,

John Schiltz
Counsel for Petitioner SUNY RF